# 43716. WEAVER v. THE STATE.
## (353 SE2d 911)

PER CURIAM.

After plenary consideration of the matter, it is found not to satisfy the criteria for the grant of certiorari, and the writ is therefore vacated.

*All the Justices concur, except Smith, J., who dissents. Bell, J., disqualified.*

DECIDED FEBRUARY 17, 1987.

*E. T. Hendon, Jr., J. Wayne Moulton,* for appellant.
*Ralph T. Bowden, Jr., Solicitor, Raymond V. Giudice, Assistant Solicitor,* for appellee.

